United States District Court
Middle District of Florida
Jacksonville Division

**JASMINKA MASINOVIC**,

 *Plaintiff,*

v.                NO. 3:20-cv-573-J-39PDB

**COMMISSIONER OF SOCIAL SECURITY**,

 *Defendant.*

---

# Order

In this action challenging the Commissioner of Social Security's denial of Jasminka Masinovic's application for benefits, the Commissioner moves to stay the case for ninety days or until the Social Security Administration ("SSA") can prepare the transcript of the agency record. Doc. 11. Masinovic has no opposition. Doc. 11 at 3.

In a denial-of-benefits action, as part of the Commissioner's answer, the Commissioner must "file a certified copy of the transcript of the record including the evidence upon which the findings and decision complained of are based." 42 U.S.C. § 405(g).

The Commissioner explains the Office of Appellate Operations in Virginia compiles the transcript for each case, and the novel coronavirus pandemic and resulting transition to remote work, combined with a substantial increase in filings, has "significantly impacted" operations. Doc. 11 at 1–2.

Because there is no opposition and the Commissioner presents good cause, the Court **grants** the motion, Doc. 11, and **stays** the action through December 20, 2020,

or until the SSA can prepare the transcript of the agency record, whichever is sooner. The clerk is directed to administratively close the file for the duration of the stay.

The Court directs the clerk to change the plaintiff's name on the docket to "Jasminka Masinovic" and the parties to use the correct spelling in future filings. *Compare* Doc. 1 at 1 (caption) *with* Doc. 1 ¶ 2 and Doc. 2 at 5.

**Ordered** in Jacksonville, Florida, on September 24, 2020.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:      Counsel of record