United States District Court
Middle District of Florida
Jacksonville Division

**JASMINKA MASINOVIC,**

    *Plaintiff,*

v.                                                                                               **NO. 3:20-cv-573-J-39PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

    *Defendant.*

---

## Order

In this stayed action, the Commissioner cannot timely file a certified transcript required under 42 U.S.C. § 405(g) because of a high volume of pending actions and pandemic-caused disruptions in operations and related limitations. Doc. 13-1. The Commissioner therefore moves to continue the stay for another ninety days. Doc. 13; *see* Doc. 12 (September 24, 2020, order granting unopposed motion for a ninety-day stay). The Commissioner represents that Jasminka Masinovic opposes a continued stay longer than thirty days. Doc. 13 at 3. Masinovic has not otherwise responded to the motion, and the time to do so has passed.

The Commissioner demonstrates good cause for the requested relief. *See* Doc. 13-1 (declaration by the Executive Director for the Office of Appellate Operations for the Social Security Administration). As stated in other actions involving similar motions, the pandemic has caused substantial disruptions in most aspects of life and work, warranting lenity.

The Court **grants** the motion, Doc. 13, and **stays** the case until March 18, 2021, or until the Commissioner files the answer and transcript, whichever is earlier. The case remains administratively closed.

**Ordered** in Jacksonville, Florida, on January 6, 2021.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*